# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00518-LTD

STEVEN D. BLUM,

    Plaintiff,

v.

KISS INDUSTRIES, LLC, a Colorado limited liability company,
and COLE EVANS,

    Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Steven D. Blum, herby dismisses this action without prejudice.

RESPECTFULLY SUBMITTED this 18th day of April, 2022.

    *s/ James P. Brogan*
    **James P. Brogan**
    King & Spalding LLP
    1400 16th Street
    16 Market Square
    Suite 400
    Denver, CO 80202
    Telephone: (720) 535-2300
    E-mail: jbrogan@kslaw.com

    Attorney for Plaintiff Steven D. Blum

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all parties of record.

/s/*Stephanie Tafoya*
Stephanie Tafoya