IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00518-MEH

STEVEN D. BLUM,

    Plaintiff,

v.

KISS INDUSTRIES, LLC, and
COLE EVANS,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed March 29, 2022; ECF 9]. The case was dismissed without prejudice as of the entry of the Notice. Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)). Defendants filed a motion to dismiss (to which Plaintiff's response was due on April 19, 2022, the day after he filed his Notice), but they have not yet answered the complaint. No order of dismissal is necessary, and this order renders the motion to dismiss moot.

    The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 19th day of April, 2022.

                                                BY THE COURT:

                                                */s/ Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge